Order entered November 21, 2012

005026



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01012-CR

**LARENZO BERLIN GLENN, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-58147-S**

## ORDER

We **GRANT** the State's October 25, 2012 motion to file a supplemental brief. The State's supplemental brief received by the Clerk of the Court on October 22, 2012 is **DEEMED** timely filed on the date of this order.

LANA MYERS
JUSTICE